Argued February 2, affirmed February 2, petition for rehearing denied March 2, petition for review denied April 10, 1973

STATE OF OREGON, *Respondent, v.* KEITH LAREAN ROBERTS (No. 40776), *Appellant.*

505 P2d 351

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.